# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

POLITICAL PRISONER #DL4686 (A/K/A : No. 19 EAP 2023
ALTON D. BROWN), :
:
Appellant :
:
:
v. :
:
:
PA. DEPT. OF CORRECTIONS, :
:
Appellee :

## ORDER

**PER CURIAM**

    **AND NOW,** this 16th day of April, 2024, this appeal is **QUASHED** based upon Appellant's failure to file a timely brief. *See* Pa.R.A.P. 3305.